MYERS, APPELLEE, *v.* BROWN ET AL., APPELLANTS.

[Cite as *Myers v. Brown,* 132 Ohio St.3d 17, 2012-Ohio-1577.]

(No. 2011–0529—Submitted April 4, 2012—Decided April 11, 2012.)

{¶ 1} The certified question is answered in the negative. The judgment of the court of appeals is reversed, and the cause is remanded for application of *Havel v. Villa St. Joseph,* 131 Ohio St.3d 235, 2012-Ohio-552, 963 N.E.2d 1270.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Baker, Dublikar, Beck, Wiley & Mathews, Ralph Dublikar, and Eric J. Stecz, for appellant AMCO Insurance Co.

Joyce V. Kimbler, for appellant David L. Brown Jr.

PLAUGHER ET AL., APPELLEES, *v.* ONIALA ET AL., APPELLANTS.

[Cite as *Plaugher v. Oniala,* 132 Ohio St.3d 17, 2012-Ohio-1576.]

(Nos. 2011–0688 and 2011–0779—Submitted
April 4, 2012—Decided April 11, 2012.)

{¶ 1} The certified question is answered in the negative. The judgment of the court of appeals is reversed, and the cause is remanded for application of *Havel v. Villa St. Joseph,* 131 Ohio St.3d 235, 2012-Ohio-552, 963 N.E.2d 1270.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.